EXHIBIT "A"

# AFFIDAVIT OF SERVICE

State of Florida                County of Miami-Dade                Circuit Court

Case Number: 14-8930 CA 01

Plaintiff:
NAVIGATORS MANAGEMENT COMPANY, INC.
vs.
Defendant:
A.W.L.I. GROUP OF FLORIDA, INC.

For: Kate S. Goodsell
     CASSIDY & BLACK, P.A.

Received by Caplan, Caplan & Caplan Process Servers on the 29th day of July, 2014 at 4:49 pm to be served on CMA CGM*, 1 MEADOWLANDS PLAZA, SUITE 201, EAST RUTHERFORD, NJ 07073. I, __Frank Danzi__, being duly sworn, depose and say that on the __1st__ day of __August__, 20__14__ at __9:48__ am., executed service by delivering a true copy of the Summons, Complaint, Exhibits in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ Served the within-named agency by delivering a true copy of pleadings and informed said person of the contents therein, in compliance with State Statutes.

( ) SUBSTITUTE SERVICE: By serving _____ as _____
Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, in compliance with State Statutes.

(X) CORPORATE SERVICE: By serving __Claudine Laitman__ as __MANAGING AGENT__ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, in compliance with State Statutes.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____

Age __40__ Sex M/(F) Race __White__ Height __5'4"__ Weight __115__ Hair __Brown__ Glasses (Y)/N
I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __1st__ day of __August__, __2014__ by the affiant who is personally known to me.

NOTARY PUBLIC

ROBERT CIFELLI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/6/2018

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
(954) 462-1800

Our Job Serial Number: 2014027882

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0f

PD 1219(?)

5307\Sun-CMA

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

NAVIGATORS MANAGEMENT COMPANY, INC. a/s/o CE NORTH AMERICA, LLC. and NAVIGATORS INSURANCE CO., INC a/s/o CE NORTH AMERICA, LLC.,

        Plaintiffs,

vs.

A.W.L.I. GROUP OF FLORIDA, INC., A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS and CMA CGM,

        Defendants.

_____/

CASE NO. 14-8930-CA01

REC'D July 29, 2014
SERVED Claudine Laffman
DATE Aug 1, 2014
TIME 9:48 am
P.S. Frank Danzi
    (PRINT/SIGN NAME)

CERTIFIED IN THE CIRCUIT
SUMMONS
COUNTY/COURT # N/A

TO:  **CMA CGM\***
     1 Meadowlands Plaza, Suite 201
     East Rutherford, NJ 07073

[stamp left margin: CAPLAN & CAPLAN, 172 N FLAGLER ST #6R, MIAMI, FL 33130]

MUST PROVIDE FOLLOWING INFORMATION:
M/F: F   RACE: White   WEIGHT: 115
AGE: 60   HEIGHT: 5'4"   HAIR: brown

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

    Kate S. Goodsell, Esquire
    CASSIDY & BLACK, P.A.
    7700 North Kendall Drive, Suite 505
    Miami, Florida 33156
    Phone 305-271-830/Fax 305-271-8302

> **\*BY SERVING:** The president or vice-president, or other head of the corporation; and in his absence, the cashier, treasurer, secretary or general manager; and in his absence of all of the above, on any officer or business agent or employee of the corporation.

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 2 9 2014
DATE

CLERK [seal: CIRCUIT AND COUNTY COURTS, MIAMI-DADE COUNTY FLORIDA]
BY DEPUTY CLERK

27882

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

NAVIGATORS MANAGEMENT
COMPANY, INC. a/s/o CE NORTH
AMERICA, LLC. and NAVIGATORS
INSURANCE CO., INC a/s/o
CE NORTH AMERICA, LLC.,

CASE NO.: 14-8930-CA01

      Plaintiffs,

vs.

A.W.L.I. GROUP OF FLORIDA, INC.,
A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE L
OGISTICS and CMA CGM,

      Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME
## TO COMPLETE SERVICE OF PROCESS

THIS CAUSE having come before the Court upon Plaintiffs, NAVIGATORS MANAGEMENT COMPANY, INC. a/s/o CE NORTH AMERICA, LLC. and NAVIGATORS INSURANCE CO., INC a/s/o CE NORTH AMERICA, LLC, Motion for Extension of Time to Complete Service of Process against the Defendant, A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS, and the Court having been advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion is GRANTED.
2. The Plaintiffs shall have up to and including September 1, 2014 to complete service of process.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 08/13/14.

                                                                                   JORGE E. CUETO
                                                                                   CIRCUIT COURT JUDGE

> No Further Judicial Action Required on THIS
> MOTION
> CLERK TO RECLOSE CASE IF POST
> JUDGMENT

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

Copies to:
Kate S. Goodsell, Esquire

# RETURN OF SERVICE

State of Florida          County of Miami-Dade                              Circuit Court

Case Number: 14-8930 CA 01

Plaintiff:
**NAVIGATORS MANAGEMENT COMPANY, INC.**

vs.

Defendant:
**A.W.L.I. GROUP OF FLORIDA, INC.**

For:
Kate S. Goodsell
CASSIDY & BLACK, P.A.
7700 North Kendall Drive
Suite 505
Miami, FL 33156

Received by Caplan, Caplan & Caplan Process Servers on the 31st day of July, 2014 at 2:20 pm to be served on **A.W.L.I. GROUP OF FLORIDA, INC. BY SERVING: DAVID ROSENDORF, REGISTERED AGENT, 1382 NW 78 AVENUE, MIAMI, FL 33126.**

I, Glenville Smith, do hereby affirm that on the **1st day of August, 2014 at 10:20 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Exhibits** with the date and hour of service endorsed thereon by me, to: **ANA AZERO** as **BUSINESS AGENT** for **A.W.L.I. GROUP OF FLORIDA, INC.**, at the address of: **1382 NW 78 AVENUE, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with F.S. 48.081. Registered agent failed to comply with F.S.48.091 by not being available on the first attempt between the statutory hours of 10AM- 12PM.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: HISPANIC, Height: 5'5", Weight: 165, Hair: BLACK, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Glenville Smith
502

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
(954) 462-1800

Our Job Serial Number: CPN-2014028201
Service Fee: _____

5307\Sun-AWLI-FL


**RUSH**

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

NAVIGATORS MANAGEMENT
COMPANY, INC. a/s/o CE NORTH
AMERICA, LLC. and NAVIGATORS
INSURANCE CO., INC a/s/o
CE NORTH AMERICA, LLC.,

Plaintiffs,
vs.

A.W.L.I. GROUP OF FLORIDA, INC.,
A.W.L.I. GROUP, INC. d./b/a
AMBER WORLDWIDE LOGISTICS
and CMA CGM,

Defendants.

CASE NO. 14-8930-CA01     BA

REC'D _Ana Azero_
SERVED _____
DATE _8/1/14_   _10:20_
TIME _____
P.S. _Glenville Smith_
       (PRINT/SIGN NAME)

**SUMMONS** CERTIFIED IN THE CIRCUIT
COUNTY/COURT # _502_

TO:  A.W.L.I. GROUP OF FLORIDA, INC.*
     1382 NW 78 Avenue
     Miami, Florida 33126

DAVID ROSENDORF, REGISTERED AGENT

MUST PROVIDE FOLLOWING INFORMATION
AGE: _48_ M/F RACE: _H_ HEIGHT: _5'5"_
WEIGHT: _165_ HAIR _Black_ GLASSES: Y/N

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Kate S. Goodsell, Esquire
CASSIDY & BLACK, P.A.
7700 North Kendall Drive, Suite 505
Miami, Florida 33156
Phone 305-271-830/Fax 305-271-8302

*BY SERVING: The president or vice-president, or other head of the corporation; and in his absence, the cashier, treasurer, secretary or general manager; and in the absence of all of the above, on any officer or business agent or employee of the corporation.

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

HARVEY RUVIN, CLERK

CLERK _____
BY DEPUTY CLERK

DATE

JUL 3 1 2014

28201

Filing # 16627792 Electronically Filed 08/01/2014 02:09:35 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 14-8930-CA01

NAVIGATORS MANAGEMENT
COMPANY, INC. a/s/o CE NORTH
AMERICA, LLC. and NAVIGATORS
INSURANCE CO., INC a/s/o
CE NORTH AMERICA, LLC.,

      Plaintiffs,
vs.

A.W.L.I. GROUP OF FLORIDA, INC.,
A.W.L.I. GROUP, INC. d./b/a
AMBER WORLDWIDE LOGISTICS
and CMA CGM,

      Defendants.
_____/

## MOTION FOR EXTENSION OF TIME
## TO COMPLETE SERVICE OF PROCESS

COME NOW the Plaintiffs, NAVIGATORS MANAGEMENT COMPANY, INC. a/s/o CE NORTH AMERICA, LLC. and NAVIGATORS INSURANCE CO., INC a/s/o CE NORTH AMERICA, LLC, by and through their undersigned counsel, and hereby file their Motion for Extension of Time to Complete Service of Process against the Defendant, A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS, and in support thereof state as follows:

    1.    This matter pertains to water damage to a shipment consisting of 3381 cartons of canned fruit shipped from Ningbo, China to Miami, Florida in March, 2013

1

when the ship carrying the cargo collided with another ship off of the coast of Shanghai, China.

2. The Complaint in this matter was filed on April 4, 2014. The Plaintiffs have up to and including August 2, 2014 (a Saturday) to serve the Defendants with the Summons and Complaint.

3. Because of the relatively small damage amount in this case ($24,844.99), the Plaintiffs have been attempting to amicably resolve the matter with Defendant, A.W.L.I. GROUP OF FLORIDA, INC., a non-vessel owning common carrier of merchandise-by-water-for-hire ("NVOCC") that was the contracting carrier for the subject shipment, without the need for formal service of process. The settlement attempts have proven unsuccessful.

4. As a result, Plaintiffs have sent the summons and complaint for service as to all Defendants and only Defendant, A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS, has not yet been served. This is partially because the remaining Defendant is located out of state in New York.

5. The undersigned anticipates completing service of process within the next 30 days.

6. Accordingly, Plaintiffs respectfully request a thirty day extension of time, up to and including, September 1, 2014, to serve process on Defendant, A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS.

7. Plaintiffs submit that they have shown good cause for the requested extension of time to serve process on the Defendants.

WHEREFORE, the Plaintiffs, NAVIGATORS MANAGEMENT COMPANY, INC. a/s/o CE NORTH AMERICA, LLC. and NAVIGATORS INSURANCE CO., INC a/s/o CE NORTH AMERICA, LLC, pray that this Honorable Court grant this Motion and enter an order extending the time to complete process of service upon Defendant, A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS, for an additional 30 days, up to and including September 1, 2014, and for whatever other and further relief this Court deems just and proper.

By: *S/Kate S. Goodsell*
_____
MICHAEL C. BLACK, ESQUIRE
F.B.N.: 0056162
Email: mblack@marlaw.com
KATE S. GOODSELL, ESQUIRE
F.B.N.: 0063399
Email: kgoodsell@marlaw.com
jcarbajal@marlaw.com
CASSIDY & BLACK, P.A.
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 505
Miami, Florida 33156
Tel.: (305) 271-8301
Fax: (305) 271-8302

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

NAVIGATORS MANAGEMENT
COMPANY, INC. a/s/o CE NORTH
AMERICA, LLC. and NAVIGATORS
INSURANCE CO., INC a/s/o
CE NORTH AMERICA, LLC.,

CASE NO.: 14-8930-CA01

    Plaintiffs,

vs.

A.W.L.I. GROUP OF FLORIDA, INC.,
A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE L
OGISTICS and CMA CGM,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME
## TO COMPLETE SERVICE OF PROCESS

THIS CAUSE having come before the Court upon Plaintiffs, NAVIGATORS MANAGEMENT COMPANY, INC. a/s/o CE NORTH AMERICA, LLC. and NAVIGATORS INSURANCE CO., INC a/s/o CE NORTH AMERICA, LLC, Motion for Extension of Time to Complete Service of Process against the Defendant, A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS, and the Court having been advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion is GRANTED.
2. The Plaintiffs shall have up to and including September 1, 2014 to complete service of process.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida on this _____ day of _____ 2014.

_____
CIRCUIT COURT JUDGE

Copies to:
Kate S. Goodsell, Esquire

Filing # 12143583 Electronically Filed 04/04/2014 01:47:00 PM

5307\Complaint

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

NAVIGATORS MANAGEMENT
COMPANY, INC. a/s/o CE NORTH
AMERICA, LLC. and NAVIGATORS
INSURANCE CO., INC a/s/o
CE NORTH AMERICA, LLC.,

      Plaintiffs,

vs.

A.W.L.I. GROUP OF FLORIDA, INC.,
A.W.L.I. GROUP, INC. d./b/a
AMBER WORLDWIDE LOGISTICS
and CMA CGM,

      Defendants.
_____/

## COMPLAINT

COME NOW the Plaintiffs, NAVIGATORS MANAGEMENT COMPANY, INC. a/s/o CE NORTH AMERICA, LLC. and NAVIGATORS INSURANCE CO., INC a/s/o CE NORTH AMERICA, LLC., by and through the undersigned attorneys, and sues the Defendants, A.W.L.I. GROUP OF FLORIDA, INC., A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS and CMA CGM, and alleges as follows:

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

2. The Plaintiff, NAVIGATORS MANAGEMENT COMPANY, INC., is a foreign corporation and was and is the insurer of the shipment described herein, against whom claims have been

presented and paid, and is subrogated thereto and brings this action on its own behalf and as agent and trustee on the behalf of all parties that may be or may become interested in said shipment as their respective interests may ultimately appear, and is entitled to maintain this action.

3. The Plaintiff, NAVIGATORS INSURANCE CO., INC., is a foreign corporation and was and is the insurer of the shipment described herein, against whom claims have been presented and paid, and is subrogated thereto and brings this action on its own behalf and as agent and trustee on the behalf of all parties that may be or may become interested in said shipment as their respective interests may ultimately appear, and is entitled to maintain this action.

4. CE NORTH AMERICA, LLC. is a Florida corporation with its principal place of business at 6950 NW 77 Court, Miami, Florida and was the owner, consignee and/or insured of the subject cargo herein below described.

5. The Defendant, A.W.L.I. GROUP OF FLORIDA, INC, is, upon information and belief, a Florida corporation with its principal place of business at 1382 NW 78th Avenue, Miami, Florida and does business as a non-vessel owning common carrier of merchandise-by-water-for-hire and was the contracting carrier for the subject shipment described below.

6. The Defendant, A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS is, upon information and belief, a foreign corporation with its principal place of business in Jamaica, New York and does business in Miami, Florida as a non-vessel owning common carrier of merchandise-by-water-for-hire and was the contracting carrier for the subject shipment described below.

7. The Defendant, CMA CGM is, upon information and belief, a foreign corporation and does business in Miami, Florida as a common carrier for hire and was the owner and/or operator of the vessel which carried the subject shipment described below.

8. The Defendants subjected themselves to the jurisdiction of this Honorable Court, pursuant to Florida Statute §48.193, by personally or through their agents doing one or more of the acts enumerated and described in the subsections contained in Florida Statute §48.193.

9. On or about March 15, 2013, Defendants contracted and agreed to carry a shipment consisting 3381 cartons of canned fruit from Ningbo, China to Miami, Florida. As evidence thereof, the Defendants issued their Bill of Lading No. HNLTNBA1303267 without exception, a copy of which is attached hereto as Exhibit "A".

10. The subject cargo was delivered to the Defendants for ocean carriage in good order and sound condition at origin in China.

11. The cargo suffered damages en route.

12. Upon information and belief, the delivery date for the shipment in Miami, Florida was to have been on or about April 15, 2013.

13. As a result of the damage to the shipment, Plaintiffs have been damaged in an amount in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

14. Plaintiffs have complied with all conditions precedent to the bringing of this action.

## COUNT I – COGSA

The Plaintiffs reallege and repeat paragraphs 1 through 14 as if set forth herein at length and further alleges that:

15. On or about March 15, 2013, the subject cargo was delivered to the Defendants in good order and sound condition at origin in Ningbo, China for ocean transportation to Miami, Florida.

16. The subject cargo suffered damages en route.

17. As a proximate result thereof, the Plaintiffs have been damaged in an amount in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

WHEREFORE the Plaintiffs, NAVIGATORS MANAGEMENT COMPANY, INC. a/s/o CE NORTH AMERICA, LLC. and NAVIGATORS INSURANCE CO., INC a/s/o CE NORTH AMERICA, LLC. pray that judgment be entered against the Defendants, A.W.L.I. GROUP OF FLORIDA, INC., A.W.L.I. GROUP, INC. d./b/a AMBER WORLDWIDE LOGISTICS and CMA CGM, jointly and severally, in favor of the Plaintiffs in an amount in excess of Fifteen Thousand Dollars ($15,000.00), together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

DATED at Miami-Dade County, Florida this 3rd day of April 2014.

CASSIDY & BLACK, P.A.
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 505
Miami, Florida 33156
Tel.: (305) 271-8301
Fax: (305) 271-8302

By: *S/Kate S. Goodsell*
_____
MICHAEL C. BLACK, ESQUIRE
F.B.N.: 0056162
KATE S. GOODSELL, ESQUIRE
F.B.N.: 0063399


Amber Worldwide Logistics
Group of Florida, Inc

**UNIFORM THROUGH EXPORT BILL OF LADING**          FMC#019344NF

| SHIPPER / EXPORTER<br>CHINA JIANGSU INTERNATIONAL<br>ECONOMICAL-TECHNICAL COOPERATION<br>CORPORATION | BILL OF LADING NO.<br>HNLTNBA1303267 | CONTAINER NO.<br>BMOU2146969 |
|---|---|---|
| | EXPORT REFERENCES:<br>PO:3129 | |
| CONSIGNEE<br>DEL SOL FOODS, LLC<br>6950 NW 77TH COURT<br>MIAMI, FL 33116<br>USA | FORWARDING AGENT /<br>Honour Lane Shipping Ltd. - Ningbo Branch<br>Room 1601-1603, Ningbo Marriot Center No.168<br><br>POINT AND COUNTRY OF ORIGIN | |
| NOTIFY PARTY<br>DEL SOL FOODS, LLC<br>6950 NW 77TH COURT<br>MIAMI, FL 33116<br>USA | DOMESTIC ROUTING / EXPORT INSTRUCTIONS<br>AMBER WORLDWIDE | |
| PIER | | |

| VESSEL / VOYAGE / FLAG<br>CMA CGM FLORIDA / | PORT OF LOADING<br>Ningbo | FOR DELIVERY APPLY TO |
|---|---|---|
| PORT OF DISCHARGE<br>Miami | FOR TRANSHIPMENT TO<br>Miami | |

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| BMOU2146969<br>R810865 | 1 | X 40 Ft. High Cube STC 3381 CTNS<br>CANNED MIXED FRUIT LIGHT SYRUP<br><br><br>PO# 3129<br><br><br><br>THIS SHIPMENT CONTAINS NO WOOD<br>PACKAGING MATERIALS | 20286.00 Kg<br>"44722.97 Lb" | 24.68 m³<br>"4115.30 |
| ON BOARD ON 15-MAR-2013<br>ON CMA CGM FLORIDA V. PG815E | | | | |

Details of Insurance with
AWLI GROUP OF FLORIDA, INC.
Amount of Coverage $US
Nature of Coverage

| FREIGHT AND CHARGES PAYABLE BY<br>DEL SOL FOODS, LLC | PREPAID | COLLECT |
|---|---|---|
| OCEAN FREIGHT | | 3245.00 |
| TOTAL | | 3245.00 |

RECEIVED by the Carrier of the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local priviledges and customers notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.

In WITNESS whereof three (3) original Bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s) if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order.

BY _____
AGENT FOR THE CARRIER

| March | 15, | 2013 |
|---|---|---|
| MONTH | DAY | YEAR |

Notice: Clause 7 on the reverse side hereof limits Carrier's liability to a maximum of US$500 per package or customary freight unit by virtue of the incorporation of the U.S. Carriage of Goods by Sea Act, 1936 unless merchant declares a higher Value below and pays Carrier's ad Valorem freight charge"
IF THE MERCHANT ENTERS A VALUE CARRIER'S LIMITATION OF LIABILITY SHALL NOT APPY AND AD VALOREM RATE WILL BE CHARGED" Declared cargo value US$

SHIPPERS DECLARED VALUE$

SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6 (4) (B) + (c) OF THIS B/L          **EXHIBIT "A"**

Filing # 12143583 Electronically Filed 04/04/2014 01:47:00 PM

| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION** ☒ CIVIL ☐ DISTRICTS ☐ FAMILY ☐ OTHER | **CIVIL COVER SHEET** | **CASE NUMBER** |
| **PLAINTIFF** Navigators Management Company, Inc. a/s/o CE North America, LLC and Navigators Insurance Co., Inc. a/s/o CE North America, LLC | **VS. DEFENDANT** A.W.L.I. Group of Florida, Inc., A.W.L.I. Group, Inc. d/b/a Amber Worldwide Logistics and CMA CGM | **CLOCK IN** |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

- ☐ 001 - Eminent Domain
- ☒ 003 - Contracts and Indebtedness
- ☐ 010 - Auto Negligence
- ☐ 022 - Products Liability
- ☐ 023 - Condominium
- Negligence - Other
  - ☐ 097 - Business Governance
  - ☐ 098 - Business Torts
  - ☐ 099 - Environmental/Toxin Tort
  - ☐ 100 - Third Party Indemnification
  - ☐ 101 - Construction Defect
  - ☐ 102 - Mass Tort
  - ☐ 103 - Negligent Security
  - ☐ 104 - Nursing Home Negligence
  - ☐ 105 - Premises Liability - Commercial
  - ☐ 106 - Premises Liability - Residential
  - ☐ 107 - Negligence - Other
- ☐ Real Property/Mortgage Foreclosure
  - ☐ 108 - Commercial Foreclosure $0 - $50,000
  - ☐ 109 - Commercial Foreclosure $50,001 - $249,999
  - ☐ 110 - Commercial Foreclosure $250,000 - or more
  - ☐ 111 - Homestead Residential Foreclosure $0 - $50,000
  - ☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
  - ☐ 113 - Homestead Residential Foreclosure $250,000 or more
  - ☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
  - ☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
  - ☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
  - ☐ 117 - Other Real Property Actions $0 - $50,000
  - ☐ 118 - Other Real Property Actions $50,001 - $249,999
- ☐ 119 - Other Real Property Actions $250,000 or more
- Professional Malpractice
  - ☐ 094 - Malpractice - Business
  - ☐ 095 - Malpractice - Medical
  - ☐ 096 - Malpractice - Other professional
- ☐ Other
  - ☐ 120 - Antitrust/Trade Regulation
  - ☐ 121 - Business Transactions
  - ☐ 122 - Constitutional Challenge - Statute or Ordinance
  - ☐ 123 - Constitutional Challenge - Proposed amendment
  - ☐ 124 - Corporate Trust
  - ☐ 125 - Discrimination - Employment or Other
  - ☐ 126 - Insurance Claims
  - ☐ 127 - Intellectual Property
  - ☐ 128 - Libel/Slander
  - ☐ 129 - Shareholder Derivative Action
  - ☐ 130 - Securities Litigation
  - ☐ 131 - Trade Secrets
  - ☐ 132 - Trust Litigation
  - ☐ 133 - **Other Civil Complaint**
    - ☐ 009 - Bond Estreature
    - ☐ 014 - Replevin
    - ☐ 024 - Witness Protection
    - ☐ 080 - Declaratory Judgment
    - ☐ 081 - Injunctive Relief
    - ☐ 082 - Equitable Relief
    - ☐ 083 - Construction Lien
    - ☐ 084 - Petition for Adversary Preliminary Hearing
    - ☐ 085 - Civil Forfeiture
    - ☐ 086 - Voluntary Binding Arbitration
    - ☐ 087 - Personal Injury Protection (PIP)

CLK/CT 96 Rev. 12/09          Clerk's web address: www.miami-dadeclerk.com

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

REMEDIES SOUGHT (check all that apply):

☒ monetary;
☐ non-monetary declaratory or injunctive relief;
☐ punitive

NUMBER OF CAUSES OF ACTION: [ 1 ]
(specify) Breach of Contract - Cargo Damage

IS THIS CASE A CLASS ACTION LAWSUIT?
☐ Yes
☒ No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
☒ No
☐ Yes   If "Yes", list all related cases by name, case number, and court.

IS JURY TRIAL DEMANDED IN COMPLAINT?
☐ Yes
☒ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _*Kate S. Goodsell*_____   Florida Bar # _____0063399_____
                   Attorney or party                                                    (Bar # if attorney)

Kate S. Goodsell                                                            4/3/14
(type or print name)                                                      Date

CLK/CT 96 Rev. 12/09                                  Clerk's web address: www.miami-dadeclerk.com